IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| ) | |
| V.                               ) | Criminal No. 1:91cr139 |
| ) | |
| ALEJANDRO DE JESUS HERNANDEZ,    ) | |
| ) | |
| Defendant.     ) | |

**ORDER**

This matter comes before the Court on the Defendant's motion for copies of judgment and commitment order, jury verdict form and transcript, and motion for status. The Court finds that the defendant has made no showing of particularized need, it is hereby

ORDERED that the Defendant's motion is DENIED.

/s/
_____
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
June 8  , 2005